Certificate Number: 15317-PAW-DE-034738477

Bankruptcy Case Number: 20-70352



15317-PAW-DE-034738477

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 4, 2020, at 12:09 o'clock PM PDT, Winifred Lynch completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 4, 2020                By:   /s/Khaira Sakaluran

                                      Name:   Khaira Sakaluran

                                      Title:   Credit Counselor