UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                       Bankr. Case No. 20-70352-JAD-13

Winifred H Lynch                                                                   Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By  /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                           Bankr. Case No. 20-70352-JAD-13

Winifred H Lynch                                                                        Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 30, 2020 :

    TERRY L GRAFFIUS                    Ronda Winnecour
    1397 EISENHOWER BLVD          600 Grant Street
    JOHNSTOWN, PA  15904           Suite 3250 USX Tower
                                                           Pittsburgh, PA 15219

                                                          By  /s/ Mandy Youngblood
                                                               Mandy Youngblood

xxxxx12793 / 1026180