**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−70352−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Winifred H Lynch
   P.O. Box 421510
   184 Kibler Lake Road
   Flinton, PA 16640

Social Security No.:
   xxx−xx−1685

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Terry L. Graffius
Leventry & Haschak, LLC
1397 Eisenhower Blvd.
Richland Square III Suite 202
Johnstown, PA 15904
Telephone number: 814−266−1799

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
September 25, 2020
10:00 AM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

CONFIRMATION HEARING DATE/TIME/LOC
September 25, 2020
10:00 AM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 8/14/20

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 20-70352-JAD
Winifred H Lynch                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: dkam              Page 1 of 2              Date Rcvd: Aug 14, 2020
                              Form ID: rsc13          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
```
db          +Winifred H Lynch,    P.O. Box 421510,    184 Kibler Lake Road,    Flinton, PA 16640-1257
15264155    ++AMERICAN AIRLINES FEDERAL CREDIT UNION,    PO BOX 619001,    MAIL DROP 2100,
              DFW AIRPORT TX 75261-9001
             (address filed with court:  American Airlines FCU,    P.O. Box 660493,    Dallas, TX 75266-0493)
15264156     American Airlines Federal Credit Union,    P.O. Box 619001,    MD 2100,    DFW Airport,
              Dallas, TX 75261-9001
15264157     American Express,   P.O. Box 1270,    Newark, NJ 07101-1270
15270718     American Express National Bank,   c/o Becket and Lee LLP,    PO Box 3001,
              Malvern PA 19355-0701
15264158     Barclays,   P.O. Box 13337,    Philadelphia, PA 19101-3337
15264159     Blackwell Recovery,   4150 N,. Drinkwater Blvd.,    Suite 200,    Scottsdale, AZ 85251-3643
15264162    +Cambria County Tax Claim Bureau,    200 S. Center Street,    Ebensburg, PA 15931-1941
15276856     Capital One, N.A.,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15264165    +Club Exploria,   P.O. Box 150,    Scottsdale, AZ 85252-0106
15264164     Club Exploria,   P.O. Box 29352,    Phoenix, AZ 85038-9352
15264166     Conemaugh Memorial Medical Center,    P.O. Box 16243,    Pittsburgh, PA 15242-0243
15264167    +Conemaugh Miners Memorial Hospital,    290 Haida Avenue,    Hastings, PA 16646-5610
15264168     Conemaugh Physician Group,   1086 Franklin Street,    Johnstown, PA 15905-4398
15264170     Joseph Hoetzlein,   184 Kibler Lake Road,    Flinton, PA 16640
15270711    +Quicken Loans, LLC fka Quicken Loans Inc.,    635 Woodward Avenue,    Detroit, MI 48226-3408
15264176    +Receivables Outsourcing, LLC,    P.O. Box 549,    Timonium, MD 21094-0549
15264178    +The Carlton Company, Inc.,    2323 South Voss,    Suite 460,    Houston, TX 77057-3812
15264179    +The Colony,   1301 Atlantic Avenue,    Virginia Beach, VA 23451-3416
15272261     Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
15264180     Wells Fargo Home Projects,    P.O. Box 51193,    Los Angeles, CA 90051-5493
15264181    +White Township Tax Collector,    P.O. Box 211,    Flinton, PA 16640-0211
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 15 2020 04:26:29
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 15 2020 04:26:29     Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
cr          +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 15 2020 04:26:15
              Americredit Financial Services, Inc. Dba GM Finan,    Dba GM Financial,    P.O Box 183853,
              Arlington, TX 76096-3853
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2020 04:34:05
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15274115     E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 15 2020 04:26:15
              Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
              Arlington, TX 76096
15264160     E-mail/Text: Bankruptcy.Processing@bluegreenvacations.com Aug 15 2020 04:25:55
              Bluegreen Vacation Club,    Bluegreen Resorts Management, Inc.,    P.O. Box 630980,
              Cincinnati, OH 45263-0980
15264161    +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Aug 15 2020 04:27:17      Bridgecrest,
              P.O. Box 53087,   Phoenix, AZ 85072-3087
15264163    +E-mail/Text: bnc-capio@quantum3group.com Aug 15 2020 04:26:49      Capio Partners,
              2222 Texoma Parkway,    Suite 150,    Sherman, TX 75090-2481
15264169    +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 15 2020 04:26:15      GM Financial,
              801 Cherry Street,    Suite 3500,    Fort Worth, TX 76102-6854
15264171     E-mail/Text: PBNCNotifications@peritusservices.com Aug 15 2020 04:26:03
              Kohl's Payment Center,    P.O. Box 2983,    Milwaukee, WI 53201-2983
15264172    ++E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 04:32:13      Lowes,   P.O. Box 530914,
              Atlanta, GA 30353-0914
15264173     E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 04:33:00     Paypal Credit/SYNCB,
              P.O. Box 960006,    Orlando, FL 32896-0006
15264174    +E-mail/Text: bankruptcy@pinnaclerecovery.com Aug 15 2020 04:27:38      Pinnacle Recovery, Inc.,
              P.O. Box 130848,    Carlsbad, CA 92013-0848
15264175    +E-mail/Text: bankruptcyteam@quickenloans.com Aug 15 2020 04:27:11      Quicken Loans,
              1050 Woodward Avenue,    Detroit, MI 48226-1906
15264487    +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 04:33:53      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15264177    +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 04:33:51      Synchrony Bank/ Amazon,
              PO BOX 960013,    Orlando, FL 32896-0013
                                                                                             TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Quicken Loans, LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-7          User: dkam              Page 2 of 2              Date Rcvd: Aug 14, 2020
                              Form ID: rsc13          Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2020 at the address(es) listed below:

```
          James    Warmbrodt    on behalf of Creditor    Quicken Loans, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Terry L. Graffius    on behalf of Debtor Winifred H Lynch tgraffius@lhrklaw.com,
           kmaris@lhrklaw.com
                                                                                             TOTAL: 4
```