IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **20-70352** |
| **Winifred H Lynch** | : | |
| | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Winifred H Lynch** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, ___**Terry L. Graffius**___, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By:  **/s/ Terry L. Graffius**
_____
      Signature
**Terry L. Graffius**
_____
Typed Name
**1397 Eisenhower Blvd., Suite 202**
**Richland Square III**
**Johnstown, PA 15904**
_____
Address
**814-266-1799 Fax:814-266-5108**
_____
Phone No.
**75999 PA**
_____
List Bar I.D. and State of Admission

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

American Airlines FCU
P.O. Box 660493
Dallas, TX 75266-0493

American Airlines Federal Credit Union
P.O. Box 619001
MD 2100
DFW Airport
Dallas, TX 75261-9001

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Barclays
P.O. Box 13337
Philadelphia, PA 19101-3337

Blackwell Recovery
4150 N,. Drinkwater Blvd.
Suite 200
Scottsdale, AZ 85251-3643

Bluegreen Vacation Club
Bluegreen Resorts Management, Inc.
P.O. Box 630980
Cincinnati, OH 45263-0980

Bridgecrest
P.O. Box 53087
Phoenix, AZ 85072

Cambria County Tax Claim Bureau
200 S. Center Street
Ebensburg, PA 15931

Capio Partners
2222 Texoma Parkway
Suite 150
Sherman, TX 75090

Carvana
P.O. Box 29018
Phoenix, AZ 85038

Club Exploria
P.O. Box 29352
Phoenix, AZ 85038-9352

Club Exploria
P.O. Box 150
Scottsdale, AZ 85252

Conemaugh Memorial Medical Center
P.O. Box 16243
Pittsburgh, PA 15242-0243

Conemaugh Miners Memorial Hospital
290 Haida Avenue
Hastings, PA 16646

Conemaugh Physician Group
1086 Franklin Street
Johnstown, PA 15905-4398

Glendale Yearound
P.O. Box 89
Flinton, PA 16640

GM Financial
801 Cherry Street
Suite 3500
Fort Worth, TX 76102

Joseph A. Hoetzlein
185 Cougar Lane
Pikeville, NC 27863

Joseph Hoetzlein
184 Kibler Lake Road
Flinton, PA 16640

Kenneth R. Hoetzlein
330 Waren Street
Monongahela, PA 15063

Kohl's Payment Center
P.O. Box 2983
Milwaukee, WI 53201-2983

Lawrence A. Hoetzlein, Jr.
3480 County Road 8
Montour Falls, NY 14865

Lowes
P.O. Box 530914
Atlanta, GA 30353

Marguerite I. Ethridge
4728 Rivercreek Run
Raleigh, NC 27604

Mary D. McLean
9528 Miranda Road
Raleigh, NC 27617

Maylena M. Rinda
215 Mayors Lane
Wendell, NC 27591

Paypal Credit/SYNCB
P.O. Box 960006
Orlando, FL 32896-0006

Pinnacle Recovery, Inc.
P.O. Box 130848
Carlsbad, CA 92013

Quicken Loans
1050 Woodward Avenue
Detroit, MI 48226

Receivables Outsourcing, LLC
P.O. Box 549
Timonium, MD 21094

Rose A. Riedell
184 Kibler Lake Road
Flinton, PA 16640

Sea Land Travel
WSW Holdings
4023 Kennett Pike
Suite 678
Greenville, DE 19807

Synchrony Bank/ Amazon
PO BOX 960013
Orlando, FL 32896

The Carlton Company, Inc.
2323 South Voss
Suite 460
Houston, TX 77057

The Colony
1301 Atlantic Avenue
Virginia Beach, VA 23451-3482

Timothy J. Hoetzlein
95030 Gentry Lane
Fernandina Beach, FL 32034

Wells Fargo Home Projects
P.O. Box 51193
Los Angeles, CA 90051-5493

White Township Tax Collector
P.O. Box 211
Flinton, PA 16640

William F. Hoetzlein
1811 Honeysuckle Road
Raleigh, NC 27609