IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | :    Bankruptcy No. 20-70352-JAD |
| Winifred Lynch, | : |
| | :    Chapter 13 |
| *Debtors.* | : |
| | : |
| Winifred Lynch, | : |
| | : |
| *Movant,* | : |
| v. | : |
| | : |
| No Respondent, | : |
| | : |
| *Respondent.* | : |

## CERTIFICATE OF SERVICE

**AND NOW**, this 28th day of September, 2020, I do hereby certify that a copy of the Amended Chapter 13 Plan, Amended Schedule D and Amended Schedules E/F were served via First-Class, U.S. Mail, postage prepaid on the following:

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Carvana
P.O. Box 29018
Phoenix, AZ 85038

Glendale Yearound
P.O. Box 89
Flinton, PA 16640

Joseph A. Hoetzlein
185 Cougar Lane
Pikeville, NC 27863

Joseph Hoetzlein
184 Kibler Lake Road
Flinton, PA 16640

Kenneth R. Hoetzlein
330 Waren Street
Monongahela, PA 15063

Lawrence A. Hoetzlein, Jr.
3480 County Road 8
Montour Falls, NY 14865

Marguerite I. Ethridge
4728 Rivercreek Run
Raleigh, NC 27604

Mary D. McLean
9528 Miranda Road
Raleigh, NC 27617

Maylena M. Rinda
215 Mayors Lane
Wendell, NC 27591

Rose A. Riedell
184 Kibler Lake Road
Flinton, PA 16640

Sea Land Travel
WSW Holdings
4023 Kennett Pike
Suite 678
Greenville, DE 19807

Timothy J. Hoetzlein
95030 Gentry Lane
Fernandina Beach, FL 32034

William F. Hoetzlein
1811 Honeysuckle Road
Raleigh, NC 27609

/s/ Terry L. Graffius, Esquire
Terry L. Graffius, Esquire
PA I.D. 75999
Leventry, Haschak & Rodkey, LLC
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904
(814) 266-1799
tgraffius@lhrklaw.com