| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Winifred H Lynch<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–1685 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13    7/9/20 |
| Case number: | 20–70352–JAD | Date case converted to chapter: | 7    4/6/22 |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Winifred H Lynch | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | P.O. Box 421510<br>184 Kibler Lake Road<br>Flinton, PA 16640 | |
| 4. | **Debtor's attorney**<br>Name and address | Terry L. Graffius<br>Leventry & Haschak, LLC<br>1397 Eisenhower Blvd.<br>Richland Square III Suite 202<br>Johnstown, PA 15904 | Contact phone 814–266–1799<br><br>Email: tgraffius@lhrklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lisa M. Swope, Chapter 7 Trustee<br>Neugebauer & Swope, P.C.<br>219 South Center Street<br>P. O. Box 270<br>Ebensburg, PA 15931 | Contact phone 814–472–7151<br><br>Email: lms@nsslawfirm.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 4/6/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 18, 2022 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**              **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/18/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/15/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** _____ |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70352-JAD |
| Winifred H Lynch | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 06, 2022 | Form ID: 309B | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Winifred H Lynch, P.O. Box 421510, 184 Kibler Lake Road, Flinton, PA 16640-1761 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Maria Miksich, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| tr | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| 15264155 | ++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, PO BOX 619001, MAIL DROP 2100, DFW AIRPORT TX 75261-9001 address filed with court:, American Airlines FCU, P.O. Box 660493, Dallas, TX 75266-0493 |
| 15264159 | | Blackwell Recovery, 4150 N,. Drinkwater Blvd., Suite 200, Scottsdale, AZ 85251-3643 |
| 15264162 | + | Cambria County Tax Claim Bureau, 200 S. Center Street, Ebensburg, PA 15931-1941 |
| 15288282 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15264164 | | Club Exploria, P.O. Box 29352, Phoenix, AZ 85038-9352 |
| 15264165 | + | Club Exploria, P.O. Box 150, Scottsdale, AZ 85252-0106 |
| 15264166 | | Conemaugh Memorial Medical Center, P.O. Box 16243, Pittsburgh, PA 15242-0243 |
| 15264167 | + | Conemaugh Miners Memorial Hospital, 290 Haida Avenue, Hastings, PA 16646-5610 |
| 15264168 | | Conemaugh Physician Group, 1086 Franklin Street, Johnstown, PA 15905-4398 |
| 15264170 | + | Joseph Hoetzlein, 184 Kibler Lake Road, Flinton, PA 16640-1761 |
| 15264176 | + | Receivables Outsourcing, LLC, P.O. Box 549, Timonium, MD 21094-0549 |
| 15264178 | + | The Carlton Company, Inc., 2323 South Voss, Suite 460, Houston, TX 77057-3812 |
| 15264179 | + | The Colony, 1301 Atlantic Avenue, Virginia Beach, VA 23451-3416 |
| 15264181 | + | White Township Tax Collector, P.O. Box 211, Flinton, PA 16640-0211 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: tgraffius@lhrklaw.com | Apr 06 2022 23:34:00 | Terry L. Graffius, Leventry & Haschak, LLC, 1397 Eisenhower Blvd., Richland Square III Suite 202, Johnstown, PA 15904 |
| smg | EDI: PENNDEPTREV | Apr 07 2022 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 06 2022 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Apr 07 2022 04:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 06 2022 23:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Apr 06 2022 23:34:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |

Case 20-70352-JAD   Doc 48   Filed 04/08/22   Entered 04/09/22 00:22:51   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-7 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 06, 2022 | Form ID: 309B | Total Noticed: 48 |

| | | | | |
| --- | --- | --- | --- | --- |
| cr | + | EDI: PHINAMERI.COM | Apr 07 2022 04:23:00 | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: PRA.COM | Apr 07 2022 04:23:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: RECOVERYCORP.COM | Apr 07 2022 04:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15264156 | | Email/Text: bankruptcy@aacreditunion.org | Apr 06 2022 23:34:00 | American Airlines Federal Credit Union, P.O. Box 619001, MD 2100, DFW Airport, Dallas, TX 75261-9001 |
| 15274115 | | EDI: PHINAMERI.COM | Apr 07 2022 04:23:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15264157 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 23:31:22 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 15270718 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 23:31:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15264160 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Apr 06 2022 23:34:00 | Bluegreen Vacation Club, Bluegreen Resorts Management, Inc., P.O. Box 630980, Cincinnati, OH 45263-0980 |
| 15264158 | | EDI: TSYS2 | Apr 07 2022 04:23:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 15264161 | + | EDI: DVTM.COM | Apr 07 2022 04:23:00 | Bridgecrest, P.O. Box 53087, Phoenix, AZ 85072-3087 |
| 15264163 | + | EDI: CAPIO.COM | Apr 07 2022 04:23:00 | Capio Partners, 2222 Texoma Parkway, Suite 150, Sherman, TX 75090-2481 |
| 15276856 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 23:31:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15264169 | + | EDI: PHINAMERI.COM | Apr 07 2022 04:23:00 | GM Financial, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| 15264171 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 06 2022 23:34:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 15264172 | + | EDI: RMSC.COM | Apr 07 2022 04:23:00 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15395846 | | EDI: PRA.COM | Apr 07 2022 04:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15288511 | | EDI: PRA.COM | Apr 07 2022 04:23:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15264173 | | EDI: RMSC.COM | Apr 07 2022 04:23:00 | Paypal Credit/SYNCB, P.O. Box 960006, Orlando, FL 32896-0006 |
| 15264174 | + | Email/Text: bankruptcy@pinnaclerecovery.com | Apr 06 2022 23:34:00 | Pinnacle Recovery, Inc., P.O. Box 130848, Carlsbad, CA 92013-0848 |
| 15264175 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 06 2022 23:34:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15270711 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 06 2022 23:34:00 | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15286367 | + | EDI: RMSC.COM | Apr 07 2022 04:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15264487 | + | EDI: RMSC.COM | Apr 07 2022 04:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15264177 | + | EDI: RMSC.COM | Apr 07 2022 04:23:00 | Synchrony Bank/ Amazon, PO BOX 960013, |

Case 20-70352-JAD    Doc 48    Filed 04/08/22    Entered 04/09/22 00:22:51    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: 309B | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 15272261 | EDI: WFFC.COM | | | Orlando, FL 32896-0013 |
| | | | Apr 07 2022 04:23:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15264180 | EDI: WFFC.COM | | Apr 07 2022 04:23:00 | Wells Fargo Home Projects, P.O. Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| 15278111 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans  LLC bnicholas@kmllawgroup.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Maria Miksich | on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Terry L. Graffius | on behalf of Debtor Winifred H Lynch tgraffius@lhrklaw.com  mbotteicher@lhrklaw.com |

TOTAL: 6