IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Winfred Lynch, | : | No. 20-70352 |
| | : | |
| Debtor | : | Chapter 7 |
| | : | |
| | : | Document No. 52 |

**RULE 1019 CONVERSION REPORT**

I, Terry L. Graffius, Esquire, Leventry, Haschak, & Rodkey, LLC, counsel for the Debtor, Winfred Lynch, hereby report as follows:

1. Since the filing of the Chapter 13 case on July 9, 2020 the Debtor has incurred post-petition debt which is reflected in her updated Schedule F and filed the same.

2. Since the filing of the Chapter 13 case, the Debtor has accrued one more bank account and updated her schedules and filed the same.

3. Since the filing of the Chapter 13 case, there have been no post-petition executory contracts entered into by the Debtor.

4. A Statement of Intentions and a Disclosure of Compensation of Attorney for Debtor have been filed.

Date: April 20, 2022

/s/ Terry L. Graffius
Terry L. Graffius, Esquire
Counsel for Debtor(s)
Leventry, Haschak &
Rodkey, LLC
1397 Eisenhower Blvd.
Richland Square III,
Suite 202
814-266-1799
PA ID: 75999