**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

| | |
|---|---|
| In re:<br>WINIFRED H LYNCH<br><br>Debtor(s) | Case No. 20-70352JAD |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/09/2020.

2) The plan was confirmed on 10/01/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/06/2022.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $36,520.02.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $27,300.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $27,300.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,243.45 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,243.45

Attorney fees paid and disclosed by debtor: $310.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN AIRLINES FCU | Unsecured | 11,775.08 | NA | NA | 0.00 | 0.00 |
| AMERICAN AIRLINES FCU | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN AIRLINES FCU | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 780.94 | 775.41 | 775.41 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC | Unsecured | 1,685.32 | 1,782.92 | 1,782.92 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| BLACKWELL RECOVERY | Unsecured | 939.49 | NA | NA | 0.00 | 0.00 |
| BLACKWELL RECOVERY | Unsecured | 4,037.21 | NA | NA | 0.00 | 0.00 |
| CAMBRIA COUNTY TAX CLAIM BUR | Secured | 347.22 | 367.68 | 367.68 | 367.68 | 26.59 |
| CAPIO PARTNERS LLC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 536.27 | 521.07 | 521.07 | 0.00 | 0.00 |
| CLUB EXPLORIA | Secured | 13,206.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| GLENDALE YEAROUND | Unsecured | 364.78 | NA | NA | 0.00 | 0.00 |
| JOSEPH HOETZLIEN | Unsecured | 6,306.67 | NA | NA | 0.00 | 0.00 |
| KENNETH HOETZLIEN | Unsecured | 6,306.67 | NA | NA | 0.00 | 0.00 |
| LAWRENCE HOETZLIEN | Unsecured | 6,306.67 | NA | NA | 0.00 | 0.00 |
| MARGUERITE ETHRIDGE | Unsecured | 6,306.67 | NA | NA | 0.00 | 0.00 |
| MARY MCLEAN | Unsecured | 6,306.67 | NA | NA | 0.00 | 0.00 |
| MAYLENA RINDA | Unsecured | 6,106.67 | NA | NA | 0.00 | 0.00 |
| PINNACLE RECOVERY INC | Unsecured | 1,867.37 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Secured | 13,674.40 | 0.00 | 13,908.00 | 4,974.30 | 1,290.36 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 715.18 | 722.28 | 722.28 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,950.79 | 1,970.16 | 1,970.16 | 0.00 | 0.00 |
| QUICKEN LOANS LLC FKA QUICKEN | Secured | 48,441.55 | 47,030.13 | 0.00 | 10,380.04 | 0.00 |
| ROI/RECEIVABLES OUTSOURCING IN | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ROI/RECEIVABLES OUTSOURCING IN | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ROSE RIEDELL | Unsecured | 6,612.34 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 645.49 | 658.89 | 658.89 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 3,222.78 | 3,212.61 | 3,212.61 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 4,736.17 | 4,842.56 | 4,842.56 | 0.00 | 0.00 |
| THE CARLTON COMPANY | Unsecured | 1,172.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TIMOTHY HEOTZLEIN | Unsecured | 6,306.67 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 2,250.79 | 2,250.79 | 2,250.79 | 0.00 | 0.00 |
| WHITE TOWNSHIP (RE)** (CAMBRIA | Secured | 168.63 | NA | 503.05 | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $10,380.04 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,908.00 | $4,974.30 | $1,290.36 |
| All Other Secured | $870.73 | $367.68 | $26.59 |
| **TOTAL SECURED:** | **$14,778.73** | **$15,722.02** | **$1,316.95** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,736.69** | **$0.00** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $1,243.45 |
| Disbursements to Creditors | $17,038.97 |
| **TOTAL DISBURSEMENTS:** | **$18,282.42** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/27/2022                             By:/s/ Ronda J. Winnecour
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**