**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| WINIFRED H LYNCH | Case No.:20-70352 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant | Document No.: |
| vs. | |
| No Respondents. | |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 07/09/2020  and confirmed on 10/01/2020 .  The case was subsequently     (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 27,300.00 |
| Less Refunds to Debtor | 9,017.58 | |
| TOTAL AMOUNT OF PLAN FUND | | 18,282.42 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 1,243.45 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,243.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   CLUB EXPLORIA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9144 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 10,380.04 | 0.00 | 10,380.04 |
|     Acct: 7299 | | | | |
|   CAMBRIA COUNTY TAX CLAIM BUREAU* | 367.68 | 367.68 | 26.59 | 394.27 |
|     Acct: 7562 | | | | |
|   WHITE TOWNSHIP (RE)** (CAMBRIA CTY) | 503.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 7562 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - A | 13,908.00 | 4,974.30 | 1,290.36 | 6,264.66 |
|     Acct: 4001 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2793 | | | | |
| | | | | 17,038.97 |
| | | | | |
| Priority | | | | |
|   TERRY L GRAFFIUS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WINIFRED H LYNCH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| WINIFRED H LYNCH | 9,017.58 | 9,017.58 | 0.00 | 0.00 |
| Acct: | | | | |
| TERRY L GRAFFIUS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | *** N O N E *** | | | |
| **Unsecured** | | | | |
| AMERICAN AIRLINES FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1567 | | | | |
| AMERICAN AIRLINES FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| AMERICAN AIRLINES FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0050 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 775.41 | 0.00 | 0.00 | 0.00 |
| Acct: 1008 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 722.28 | 0.00 | 0.00 | 0.00 |
| Acct: 4006 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,970.16 | 0.00 | 0.00 | 0.00 |
| Acct: 3057 | | | | |
| BLACKWELL RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9144 | | | | |
| BLACKWELL RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9767 | | | | |
| CAPIO PARTNERS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0583 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 1,782.92 | 0.00 | 0.00 | 0.00 |
| Acct: 2793 | | | | |
| CAPITAL ONE NA** | 521.07 | 0.00 | 0.00 | 0.00 |
| Acct: 7578 | | | | |
| SYNCHRONY BANK | 3,212.61 | 0.00 | 0.00 | 0.00 |
| Acct: 8215 | | | | |
| SYNCHRONY BANK | 4,842.56 | 0.00 | 0.00 | 0.00 |
| Acct: 2700 | | | | |
| PINNACLE RECOVERY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4713 | | | | |
| ROI/RECEIVABLES OUTSOURCING INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1222 | | | | |
| ROI/RECEIVABLES OUTSOURCING INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5645 | | | | |
| SYNCHRONY BANK | 658.89 | 0.00 | 0.00 | 0.00 |
| Acct: 3886 | | | | |
| THE CARLTON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6689 | | | | |
| WELLS FARGO BANK NA | 2,250.79 | 0.00 | 0.00 | 0.00 |
| Acct: 4435 | | | | |
| GLENDALE YEAROUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: H222 | | | | |
| JOSEPH HOETZLIEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH HOETZLEIN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE HOETZLEIN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARGUERITE ETHRIDGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARY MCLEAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MAYLENA RINDA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 20-70352 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| ROSE RIEDELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TIMOTHY HEOTZLEIN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8215 | | | | |
| JOSEPH HOETZLIEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BLUEGREEN VACATION CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CONEMAUGH MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CONEMAUGH MEMORIAL PHYSICIANS GF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                17,038.97

TOTAL CLAIMED
PRIORITY                      0.00
SECURED                14,778.73
UNSECURED           16.736.69

Date: 05/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com