**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Winifred H Lynch<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1685<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–70352–JAD | |

# Order of Discharge                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Winifred H Lynch

7/20/22                                       **By the court:** Jeffery A. Deller
                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70352-JAD |
| Winifred H Lynch | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 20, 2022 | Form ID: 318 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Winifred H Lynch, P.O. Box 421510, 184 Kibler Lake Road, Flinton, PA 16640-1761 |
| tr | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| 15264155 | ++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, PO BOX 619001, MAIL DROP 2100, DFW AIRPORT TX 75261-9001 address filed with court:, American Airlines FCU, P.O. Box 660493, Dallas, TX 75266-0493 |
| 15264159 | | Blackwell Recovery, 4150 N,. Drinkwater Blvd., Suite 200, Scottsdale, AZ 85251-3643 |
| 15264162 | + | Cambria County Tax Claim Bureau, 200 S. Center Street, Ebensburg, PA 15931-1941 |
| 15288282 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15264164 | | Club Exploria, P.O. Box 29352, Phoenix, AZ 85038-9352 |
| 15264165 | + | Club Exploria, P.O. Box 150, Scottsdale, AZ 85252-0106 |
| 15264166 | | Conemaugh Memorial Medical Center, P.O. Box 16243, Pittsburgh, PA 15242-0243 |
| 15264167 | + | Conemaugh Miners Memorial Hospital, 290 Haida Avenue, Hastings, PA 16646-5610 |
| 15264168 | | Conemaugh Physician Group, 1086 Franklin Street, Johnstown, PA 15905-4398 |
| 15264170 | + | Joseph Hoetzlein, 184 Kibler Lake Road, Flinton, PA 16640-1761 |
| 15264176 | + | Receivables Outsourcing, LLC, P.O. Box 549, Timonium, MD 21094-0549 |
| 15264178 | + | The Carlton Company, Inc., 2323 South Voss, Suite 460, Houston, TX 77057-3812 |
| 15264179 | + | The Colony, 1301 Atlantic Avenue, Virginia Beach, VA 23451-3416 |
| 15264181 | + | White Township Tax Collector, P.O. Box 211, Flinton, PA 16640-0211 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 21 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2022 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 21 2022 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2022 23:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Jul 21 2022 03:33:00 | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: PRA.COM | Jul 21 2022 03:33:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: RECOVERYCORP.COM | Jul 21 2022 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15264156 | | Email/Text: bankruptcy@aacreditunion.org | | |

Case 20-70352-JAD    Doc 62    Filed 07/22/22    Entered 07/23/22 00:24:43    Desc Imaged
                                Certificate of Notice      Page 4 of 5

| District/off: 0315-7 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 318 | Total Noticed: 44 |

| Notice ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15274115 | | EDI: PHINAMERI.COM | Jul 20 2022 23:32:00 | American Airlines Federal Credit Union, P.O. Box 619001, MD 2100, DFW Airport, Dallas, TX 75261-9001 |
| 15264157 | | Email/PDF: bncnotices@becket-lee.com | Jul 21 2022 03:33:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15270718 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 23:42:34 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 15264160 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Jul 20 2022 23:42:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15264158 | | EDI: TSYS2 | Jul 20 2022 23:32:00 | Bluegreen Vacation Club, Bluegreen Resorts Management, Inc., P.O. Box 630980, Cincinnati, OH 45263-0980 |
| 15264161 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 21 2022 03:33:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 15264163 | + | EDI: CAPIO.COM | Jul 20 2022 23:33:00 | Bridgecrest, P.O. Box 53087, Phoenix, AZ 85072-3087 |
| 15276856 | | Email/PDF: bncnotices@becket-lee.com | Jul 21 2022 03:33:00 | Capio Partners, 2222 Texoma Parkway, Suite 150, Sherman, TX 75090-2481 |
| 15264169 | + | EDI: PHINAMERI.COM | Jul 20 2022 23:42:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15264171 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 21 2022 03:33:00 | GM Financial, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| 15264172 | + | EDI: RMSC.COM | Jul 20 2022 23:32:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 15395846 | | EDI: PRA.COM | Jul 21 2022 03:33:00 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15288511 | | EDI: PRA.COM | Jul 21 2022 03:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15264173 | | EDI: RMSC.COM | Jul 21 2022 03:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15264174 | + | Email/Text: bankruptcy@pinnaclerecovery.com | Jul 21 2022 03:33:00 | Paypal Credit/SYNCB, P.O. Box 960006, Orlando, FL 32896-0006 |
| 15264175 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 20 2022 23:33:00 | Pinnacle Recovery, Inc., P.O. Box 130848, Carlsbad, CA 92013-0848 |
| 15270711 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 20 2022 23:33:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15264176 | + | Email/Text: info@bolderhealthcare.com | Jul 20 2022 23:33:00 | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15286367 | + | EDI: RMSC.COM | Jul 20 2022 23:33:00 | Receivables Outsourcing, LLC, P.O. Box 549, Timonium, MD 21094-0549 |
| 15264487 | + | EDI: RMSC.COM | Jul 21 2022 03:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15264177 | + | EDI: RMSC.COM | Jul 21 2022 03:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15272261 | | EDI: WFCCSBK | Jul 21 2022 03:33:00 | Synchrony Bank/ Amazon, PO BOX 960013, Orlando, FL 32896-0013 |
| 15264180 | | EDI: WFCCSBK | Jul 21 2022 03:33:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| | | | Jul 21 2022 03:33:00 | Wells Fargo Home Projects, P.O. Box 51193, Los Angeles, CA 90051-5493 |

Case 20-70352-JAD    Doc 62    Filed 07/22/22    Entered 07/23/22 00:24:43    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-7 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 318 | Total Noticed: 44 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| aty | *+ | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| 15278111 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans LLC bnicholas@kmllawgroup.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Maria Miksich | on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Terry L. Graffius | on behalf of Debtor Winifred H Lynch tgraffius@lhrklaw.com mbotteicher@lhrklaw.com |

TOTAL: 6